185 F.3d 1216 (11th Cir. 1999)
 ROBERT A. LETTMAN, PETITIONER,
v.
JANET RENO, ATTORNEY GENERAL, IMMIGRATION AND NATURALIZATION SERVICE, RESPONDENTS.
ROBERT A. LETTMAN, PETITIONER,
v.
JANET RENO, U.S. ATTORNEY GENERAL, IMMIGRATION AND NATURALIZATION SERVICE, RESPONDENTS.
 No. 97-5283, No. 98-5767
 U.S. Court of Appeals, Eleventh Circuit
 August 25, 1999
 
 Petition for Review of an Order of the Immigration and Naturalization Service
 Before Tjoflat and Edmondson, Circuit Judges, and Kravitch, Senior Circuit Judge.
 
 ORDER:
 
 1
 The petition for rehearing of Respondent Immigration and Naturalization Service is GRANTED. The case will be reargued.
 
 
 2
 The court's opinion and decision of 26 February 1999 is VACATED, except Part A of the opinion shall remain in effect on jurisdiction.
 
 
 3
 Petitioner Lettman's motion to consolidate this case with case number 98-5767 is GRANTED.
 
 
 4
 The Immigration and Naturalization Service is directed not to deport Petitioner until further order of this Court.